

RECEIVED
SEP 2 9 2006
U.S. Marshals Service, EDNC

FILED
SEP 2 9 2006
BY
US DISTRICT COURT, EDNC
DEP CLK

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

## V.

Abdallah Bayyari
4787 Arabia Rd.
Raeford, NC 28376

(Name and Address of Defendant)

*Amended*
## CRIMINAL COMPLAINT

CASE NUMBER: 5:06-M-637

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _September 27, 2006_ in _Edgecombe_ county, in the _EASTERN_ District of _NORTH CAROLINA_ defendant(s) did, (Track Statutory Language of Offense) conspire to commit a crime against the United States, commit mail fraud, and traffic in counterfeit goods

in violation of Title _18_ United States Code, Section(s) _371, 1341, and 2320_.

I further state that I am a(n) _Special Agent with the FDA_ and that this complaint is based on the following
Official Title
facts:

see affidavit attached

Continued on the attached sheet and made a part hereof: ☐ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_9/29/06_ at _Raleigh, NC_
Date                                                   City and State

William W. Webb, USMJ
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

# AFFIDAVIT

1. I, Paul Pierce, am a Special Agent with the Food and Drug Administration, Office of Criminal Investigations. I am currently assigned to the Raleigh domicile Office. I have been so employed for over 2 years. As part of my duties I investigate violations of the Food and Drug Cosmetic Act and other federal violations. Prior to becoming a Special Agent, I worked with the Army Criminal Investigative Division for 20 years. I have been trained in various aspects of law enforcement. I have participated in investigations, which have resulted in the arrest of individuals who have committed various frauds and violations of federal law.

2. The facts contained in this Affidavit have been obtained through my investigation, witness interviews, and information provided by other agencies and other law-enforcement agents. Because the purpose of this affidavit is to set forth only the facts necessary to establish probable cause for the issuance of a criminal complaint, I have not described all of the relevant facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in part and in substance unless otherwise indicated.

3. This case involves potential violations of mail fraud and trafficking in counterfeit goods by ABDALLAH BAYYARI, owner/operator of Zip-N-Mart #2, 4787 Arabia Road, Raeford, NC 28376. This Affidavit is submitted in support of a criminal complaint and application for an arrest warrant of BAYYARI.



## STATUTORY AND REGULATORY BACKGROUND

4. Title 18 USC, Section 1341, states, in pertinent part, as follows: "Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives there from, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both."

Title 18 USC, Section 2320, states, in pertinent part, as follows: "Whoever, intentionally traffics or attempts to traffic in goods or services and knowingly uses a counterfeit mark on or in connection with such goods or services shall, if an individual, be fined not more than $2,000,000 or imprisoned not more than 10 years, or both, and, if a person other than an individual, be fined not more than $5,000,000. In the case of an offense by a person under this section that occurs after that person is convicted of another offense

under this section, the person convicted, if an individual, shall be fined not more than $5,000,000 or imprisoned not more than 20 years, or both, and if other than an individual, shall be fined not more than $15,000,000.

Title 18, United States Code, Section 371, prescribes conspiracies to commit crimes against the United States. This includes the crimes of trafficking in counterfeit goods and mail fraud as described above.

## DETAILS OF INVESTIGATION

5. On 09/18/06, I was notified by FBI SA Craig Smith that a FBI confidential source (CS) had received at his business in Rocky Mount, North Carolina, a package of suspected counterfeit Cialis tablets through the US mail on this date. FBI SA Smith stated that the CS was in a position to testify and was considered reliable. FBI SA Smith related that approximately two weeks ago, the CS had a conversation with ABDALLAH BAYYARI, owner/operator of Zip-N-Mart #2, 4787 Arabia Road, Raeford, NC 28376. According to the CS, the CS had asked ABDALLAH BAYYARI to send him something so the CS could make some money. The CS felt that ABDALLAH BAYYARI was responsible for sending the package of suspected counterfeit Cialis tablets.

6. On 09/19/06, SA Pierce and FBI SA Smith met with the CS in Rocky Mount, NC. The CS stated he had received the package on 09/18/06. The package was partially opened and the CS could see that it contained numerous tablets. The CS stated he did not open the package and felt sure that ABDALLAH BAYYARI was responsible for sending it.

The CS was willing to cooperate with the investigation and agreed to consensual monitoring of phone calls. FBI SA Smith showed the CS a photograph of ABDALLAH BAYYARI. The CS positively identified the photograph as being ABDALLAH BAYYARI.

7.     On 09/19/06, FBI SA Smith and I examined the package. The package was an international mail package, tracking number EE020596318JO. The labeling on the package described the contents as vitamins. The package listed the sender as Hussam Sami, and was mailed from the country of Jordan. The package listed the addressee as 1304 Cokey Rd, Rocky Mount, NC 27801. This address is for Tiajuana's Grocery which is owned and operated by the CS. The contents of the package contained plastic bags, which had broken open, of yellow in color tablets with "C20" imprinted on both sides.

8.  On 09/19/06, FBI SA Smith and I met with Ms. Samia Botros, Pharmacy Director, Eckerd Pharmacy, 2711 Jones Franklin Road, Cary, NC, in order to conduct a count of the tablets using a pharmacy weight scale counter. Ms. Botros compared the suspected counterfeit Cialis tablets with authentic Cialis tablets. The tablets from the package were different in color and the scoring of the "C20" was different than the authentic Cialis tablets. From the visual comparison, it appeared the tablets in the package were counterfeit and a copy of the authentic Cialis tablets made by Eli Lilly and Company. The package contained 12,586 suspected counterfeit Cialis tablets. I seized the package and tablets as evidence. Based on a retail value learned from another investigation, it is believed this could equate to a street value between $125,000 and $250,000. "Cialis" is a prescription only

medication produced by Eli Lilly and Company for the treatment of erectile dysfunction. Misuse of this product or use by individuals with pre-existing medical conditions can cause serious even potentially life threatening medical problems.

9. On 09/20/06, FBI SA Smith, North Carolina Alcohol Law Enforcement (ALE) Agent Mike McKeithan and I met with the CS in Rocky Mount, NC and briefed the CS concerning the electronic surveillance and recording between the CS and ABDALLAH BAYYARI.

10. On 09/20/06, at 1030hrs, from a location within Rocky Mount, North Carolina, the CS placed a call to ABDALLAH BAYYARI at 910-578-4043. The conversation was in Arabic and some English. The call was recorded. The CS was subsequently debriefed by USPS Inspector Chad Davis, FBI SA Smith, ALE Agent McKeithan and I. The CS stated that ABDALLAH BAYYARI had just awakened but did admit that he was responsible for sending the package to the CS in Rocky Mount, North Carolina. The CS told ABDALLAH BAYYARI that the CS would phone him later to discuss the package further.

11. On 09/20/06, at 1420hrs, from a location within Rocky Mount, North Carolina, the CS placed a second call to ABDALLAH BAYYARI at 910-578-4043. The conversation was in Arabic and some English. The call was recorded and inventoried on CIE. The CS was subsequently debriefed by USPS Inspector Chad Davis, FBI SA Smith, ALE Agent McKeithan and I. The CS stated that ABDALLAH BAYYARI again admitted to sending

the package to him in Rocky Mount, North Carolina, and that it had come from the country of Jordan. During their conversation, the CS told ABDALLAH BAYYARI that the CS could not handle such a large quantity of pills. According to the CS, ABDALLAH BAYYARI wanted some money and part of the pills brought to him in Fayetteville, NC. The CS told ABDALLAH BAYYARI that the CS did not have transportation but would call him back later this date to discuss the matter further.

12. On 09/20/06, at 1513hrs, the CS placed a third call to ABDALLAH BAYYARI at 910-578-4043. There was no answer. The call was recorded.

13. On 09/20/06, at 1522hrs from a location within Rocky Mount, North Carolina, the CS placed a fourth call to ABDALLAH BAYYARI at 910-904-0413. According to the CS, this number was the work number for ABDALLAH BAYYARI. The conversation was in Arabic and some English. The call was recorded and inventoried on CIE. The CS was subsequently debriefed by USPS Inspector Chad Davis, FBI SA Smith ALE Agent McKeithan and I. The CS stated that ABDALLAH BAYYARI wanted the CS to bring money and some of the pills to Fayetteville, NC. The CS told ABDALLAH BAYYARI that the CS did not have transportation but could mail some of the pills to ABDALLAH BAYYARI. The CS told ABDALLAH BAYYARI that the CS was working but would call him later about the pills and money.

14. On 09/20/06, at 1611hrs, from a location within Rocky Mount, North Carolina, the CS placed a fifth call to ABDALLAH BAYYARI at 910-904-0413. The conversation was in Arabic and some English. The call was recorded and inventoried on CIE. The CS was




subsequently debriefed by USPS Inspector Chad Davis, FBI SA Smith, ALE Agent McKeithan and I. The CS stated that ABDALLAH BAYYARI wanted the CS to bring some pills and money to him. The CS also stated that ABDALLAH BAYYARI indicated that he could come to Rocky Mount, NC later this evening to pick up the items. The CS told ABDALLAH BAYYARI that the CS was going to try to sell some of the pills and call ABDALLAH BAYYARI next week to discuss the pills and money further.

15. On 09/20/06, I released the above recordings to FBI SA Smith for transcribing and translation purposes. The translations of the recordings are consistent with what the CS was reporting.

16. On 09/21/06, USPS Inspector Chad Davis reviewed the postal records and determined that the parcel sent to the CS  EE020596318JO had been placed into the US Mail system on 09/11/06, at 1600hrs in Amman, Jordan. Continuing investigation revealed that a sister parcel was entered into the mail stream at the same time in Amman Jordon. This parcel is described as Global Express parcel #EE020596321JO. This parcel was delivered to the Zip-N-Mart in Raeford, North Carolina, on 09/18/06, at 1142hrs. This again being the store owned and operated by ABDALLAH BAYYARI.

17. On 09/26/06, at 1214hrs, from a location within Rocky Mount, North Carolina, the CS placed a sixth call to ABDALLAH BAYYARI at 910-578-4043. The conversation was in Arabic and some English. The call was recorded and inventoried on CIE. During this conversation the CS advised ABDALLAH BAYYARI that he needed to get rid of the

remainder of the pills. The CS informed ABDALLAH BAYYARI that he had could either mail him the remainder of the pills or he could bring them to him in person. The CS also informed ABDALLAH BAYYARI that he would also be sending or bringing to him some money that the CS had made from selling some of the Cialis pills. As the conversation progressed, ABDALLAH BAYYARI informed the CS to send him the pills and the money via the mail. ABDALLAH BAYYARI advised the CS to send the package containing the money and the pills to his store, The Zip-N-Mart #2, located at 4787 Arabia Rd, Raeford, NC 28376.

18. On 09/26/06, at 1430hrs SA Smith, USPS Inspector Chad Davis, and I met with an FBI Arabic Interpreter. The Interpreter reviewed the recording of the telephone conversation and confirmed the ABDALLAH BAYYARI had informed the CS to mail him the pills and money.

19. On 09/27/06 USPS Inspector Davis prepared a controlled delivery parcel containing 3,000 of the counterfeit Cialis tablets that were recovered on 09/19/06. The controlled delivery parcel displayed Certified Mail # 70012510000920656244. USPS Inspector Davis delivered this parcel to the suspect address of 4787 Arabia Rd, Raeford, NC 28376 on 09/28/06.

20. Based upon the facts set forth above, your affiant believes probable cause exists that ABDALLAH BAYYARI did knowingly and intentionally conspire to commit an offense against the United States, in violation of Title 18 United States Code, Section 371, and that

he did, having devised a scheme or artifice to defraud, and for the purpose of executing such scheme or artifice or attempting to do so, caused to be placed in the United States Mail a counterfeit article, in violation of Title 18 United States Code, Section 1341, and that he did intentionally traffic and attempt to traffic in goods, knowingly using a counterfeit mark on or in connection with such goods, and requests that an arrest warrant for the defendant be issued.

Your affiant affirms under penalty of perjury that the above written affidavit is true and correct to the best of my knowledge and belief.

AFFIANT FURTHER SAYETH NOT.


Paul Pierce
Special Agent
Office of Criminal Investigations
United States Food and Drug Administration


Subscribed and sworn to before me this 25th day of September, 2006.


William A. Webb
United States Magistrate Judge