JB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:06-cr-71-BO
NO. 4:06-cr-71-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| ABDALLAH BAYYARI | ) | |
|    a/k/a Abdallah Al-Bayyari | ) | INDICTMENT |
| RAED BAYYARI | ) | |
|    a/k/a Raed Al-Bayyari | ) | |
|    a/k/a "Robert" | ) | |
|    a/k/a "Chico" | ) | |

The Grand Jury charges:

## General Allegations

At all times relevant to this Indictment, the following circumstances pertained:

1.  Authentic "Cialis" is a medication manufactured by and licensed to the pharmaceutical company Eli Lilly, Inc.

2.  Authentic "Viagra" is a medication manufactured by and licensed to the pharmaceutical company Pfizer, Inc.

3.  Because of the potential for serious side-effects, both Cialis and Viagra are available only with a Doctor's prescription.

4.  Defendant RAED BAYYARI, a/k/a Raed Al-Bayyari, a/k/a "Robert", a/k/a "Chico", operated a convenience store in Raeford, North Carolina, called "Zip-N-Mart".

5.  Defendant ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari

operated a convenience store in Raeford, North Carolina, called "Zip-N-Mart II".

### Count One

1.   Paragraphs 1 - 3 of the General Allegations section above are incorporated herein by reference.

2.   At some date prior to September 13, 2005, the exact date being unknown to the Grand Jury, and continuing thereafter until on or about October 18, 2006, in the Eastern District of North Carolina and elsewhere, ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari and RAED BAYYARI, a/k/a Raed Al-Bayyari, a/k/a "Robert", a/k/a "Chico", defendants herein, and others both known and unknown, did knowingly combine, conspire, confederate and agree to commit offenses against the United States, that is, to commit mail fraud and trafficking in counterfeit goods, in violation of Title 18, United States Code, Section 1341 and 2320.

### Object of the Conspiracy

3.   The object of the conspiracy was to profit from the illicit importation via the mails and the subsequent sale of counterfeit Cialis and Viagra obtained from the Middle East.

### Manner and Means of the Conspiracy

4.   The conspiracy was carried out by the defendants arranging for the mailing from Amman, Jordan of counterfeit Cialis and Viagra.  Among other places, a shipment was made to Rocky Mount, North Carolina. The counterfeit Cialis and Viagra was then

2

sold by the defendants and others from convenience stores they operated in and about Raeford, North Carolina. The individual counterfeit Cialis tablets were purchased for less than one dollar each and sold for between $10.00 and $30.00 dollars each. The defendants' father was responsible for mailing the counterfeit drugs from Amman, Jordan and defendant RAED BAYYARI, a/k/a Raed Al-Bayyari, a/k/a "Robert", a/k/a "Chico", was generally responsible for ordering the drugs from the father, paying the father and distributing the drugs to defendant ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari and others for resale. Payment for the shipments from Jordan went back to Jordan.

## Overt Acts

5. In furtherance of the conspiracy and in order to effect the object thereof, the defendants did commit, among others, the following overt acts:

a. On or about September 13, 2005, ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari, sold two counterfeit Viagra pills to an undercover operative at the defendant's convenience store in Raeford, North Carolina.

b. On or about September 13, 2005, during the course of the sale of the counterfeit Viagra referenced in Overt Act A, ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari, stated that he could obtain for the undercover operative as much counterfeit Viagra as the agent wanted.

c. On or about January 4, 2006, defendant RAED BAYYARI,

3

a/k/a Raed Al-Bayyari, a/k/a "Robert", a/k/a "Chico" had in his possession approximately 70 counterfeit Cialis pills and 10 counterfeit Viagra pills at his convenience store in Raeford, North Carolina.

d.    On or about September 18, 2006, the defendants caused to be delivered through the mail approximately 12,586 counterfeit Cialis tablets from Amman, Jordan to Rocky Mount, North Carolina.

e.    On or about September 20, 2006, at approximately 10:30 in the morning defendant ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari engaged in a phone call with a confidential informant concerning the shipment from Amman, Jordan and receipt in the Eastern District of North Carolina of approximately 12,586 counterfeit Cialis tablets.

f.    On or about September 20, 2006, at approximately 2:20 in the afternoon, defendant ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari engaged in a phone call with a confidential informant concerning the shipment from Amman, Jordan and receipt in the Eastern District of North Carolina of approximately 12,586 counterfeit Cialis tablets.

g.    On or about September 20, 2006, at approximately 3:22 in the afternoon defendant ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari engaged in a phone call with a confidential informant concerning the shipment from Amman, Jordan and receipt in the Eastern District of North Carolina of approximately 12,586

4

counterfeit Cialis tablets.

h.    On or about September 20, 2006, at approximately 4:11 in the afternoon defendant ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari engaged in a phone call with a confidential informant concerning the shipment from Amman, Jordan and receipt in the Eastern District of North Carolina of approximately 12,586 counterfeit Cialis tablets.

i.    On or about September 26, 2006, at approximately 12:14 in the afternoon defendant ABDALLAH BAYYARI a/k/a Abdallah Al-Bayyari engaged in a phone call with a confidential informant concerning the shipment from Amman, Jordan and receipt in the Eastern District of North Carolina of approximately 12,586 counterfeit Cialis tablets.

j.    On or about September 28, 2006, at his store in Raeford, North Carolina, defendant ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari took possession of a portion of the approximately 12,586 counterfeit Cialis tablets which he had caused to be delivered to Rocky Mount, North Carolina, (approximately 3,000 counterfeit Cialis tablets).

k.    On or about October 4, 2006, defendant RAED BAYYARI a/k/a Raed Al-Bayyari, a/k/a "Robert", a/k/a "Chico", destroyed a quantity of surveillance tapes from his convenience store in Raeford, North Carolina out of concern that they might have captured images of the trafficking in counterfeit Cialis and Viagra which had taken place there.

5

All in violation of Title 18, United States Code, Section 371.

Count Two

1.    Paragraphs 1 - 3 contained in the General Allegations section  above are incorporated herein by reference.

2.    Beginning on or about September 13, 2005, the exact date being unknown to the Grand Jury, and continuing thereafter until on or about October 18, 2006, in the Eastern District of North Carolina and elsewhere, ABDALLAH BAYYARI a/k/a Abdallah Al-Bayyari and RAED BAYYARI a/k/a Raed Al-Bayyari, a/k/a "Robert", a/k/a "Chico", and others both known and unknown, did devise and intend to devise a scheme and artifice to defraud both the pharmaceutical companies Eli Lilly and Pfizer and  members of the public who made purchases of counterfeit Viagra and Cialis from the defendants of money and good reputation.   The scheme and artifice to defraud consisted of the following:

    a.    That during the charged time frame defendants ABDALLAH BAYYARI a/k/a Abdallah Al-Bayyari and RAED BAYYARI a/k/a Raed Al-Bayyari, a/k/a "Robert", a/k/a "Chico", and others both known and unknown, operated convenience stores in and about Raeford, North Carolina from which they sold counterfeit Viagra and Cialis.

    b.    Defendants ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari and RAED BAYYARI, a/k/a Raed Al-Bayyari, a/k/a "Robert", a/k/a "Chico", and others both known and unknown, caused quantities of counterfeit Viagra and Cialis to be mailed from Amman, Jordan to

6

Raeford, North Carolina and Rocky Mount, North Carolina.  Such mailings were integral to collecting the illegal profits which were the object of this scheme.

c.    On or about September 17, 2006, defendants ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari and RAED BAYYARI, a/k/a Raed Al-Bayyari, a/k/a "Robert", a/k/a "Chico", and others both known and unknown, for the purpose of executing the aforementioned scheme and artifice to defraud, and attempting to do so, did knowingly cause to be delivered by the mail to another convenience store operator in Rocky Mount, North Carolina approximately 12,586 counterfeit Cialis tablets.

All in violation of Title 18 United States Code, Sections 1341 and 2.

### Count Three

Paragraphs 1 - 3 of the General Allegations section  above are incorporated herein by reference.

On or about September 17, 2006, in the Eastern District of North Carolina and elsewhere, defendants ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari and RAED BAYYARI, a/k/a Raed Al-Bayyari, a/k/a "Robert", a/k/a "Chico", and others both known and unknown, did intentionally traffic in, attempt to traffic in, and obtain control of with intent to traffic in, goods bearing counterfeit marks identical with and substantially indistinguishable from genuine marks in use and registered for those goods on the principal register in the United States Patent and Trademark Office, and the

7

use of such marks was likely to cause confusion, mistake and deception, that is, defendant did obtain control of with intent to traffic in and dispose of a quantity of counterfeit "Cialis" tablets, and did aid and abet others in doing so, in violation of Title 18, United States Code, Section 2320 and 2.

FORFEITURE NOTICE

ABDALLAH BAYYARI, a/k/a Abdallah Al-Bayyari and RAED BAYYARI, a/k/a Raed Al-Bayyari, a/k/a "Robert", a/k/a "Chico"(hereinafter "the defendants"), are given notice of the provisions of Title 31, United States Code, Section 5317(c)(1), that all of their interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offenses as alleged in this criminal indictment, the defendant shall forfeit to the United States any and all property involved in such offenses, or any property traceable to such property.

The forfeitable property includes, but is not limited to:

(1) real property,

(2) personal property,

(3) the gross proceeds of the defendant's illegal acts, in an amount of at least two million Dollars ($2,000,000).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

8

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) (as incorporated by Title 31, United States Code, 5317(c)(2)), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL

_____
FOREPERSON

DATE: _Oct 25 2006_

GEORGE E. B. HOLDING
United States Attorney

_John S. Bowler_
JOHN S. BOWLER
Assistant United States Attorney
Criminal Division

9